**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10002 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-50039-DCB |
| v. | |
| FIDEL DIAZ-LEMUS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Fidel Diaz-Lemus appeals from the 12-month sentence imposed following

the revocation of his supervised release.  We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Diaz-Lemus contends that the district court failed to consider the 18 U.S.C. § 3553(a) factors in imposing the consecutive 12-month sentence, and that his sentence is substantively unreasonable.  The district court did not procedurally err and Diaz-Lemus' within-Guidelines sentence is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors.  *See Gall v. United States*, 552 U.S. 38, 51 (2007); U.S.S.G. § 7B1.3(a)(1), (f).

**AFFIRMED.**